**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                           NO. 4:03CR00196-004 SWW

BRIDGET JONES

### ORDER

The above entitled cause came on for hearing on the petition to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of the preponderance of the evidence set forth on the record, the Court found that defendant has violated the conditions of her probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke probation is granted, and the probation previously granted this defendant in the above matter hereby is revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of NINE (9) MONTHS in the custody of the Bureau of Prisons.

Upon release from imprisonment, defendant shall serve a term of THREE (3) YEARS of supervised release, less the term of imprisonment. In addition to conditions previously imposed for her term of probation, defendant shall be subject to the following special conditions of supervised release:

1. Defendant shall actively reveal to the United States Probation Office any business or businesses with which she may be associated.

2. Defendant shall deliver to the Probation Office all financial records concerning such business or businesses, including but not limited to tax returns, bank statements, loans, and lines of credit.

3. Defendant and any business with which she is associated or owns may not borrow money or get any type of credit whatsoever without first getting the approval of the Probation Officer.

4. Defendant shall get approval from the United States Probation Office before she works for any Medicare or

        Medicaid provider or for any other employer where she will have access to patient records or patient identifiers or to the processes by which Medicaid or Medicare providers collect funds.

5.    Defendant shall cooperate in the collection of DNA as directed by the Probation Office.

The balance of the restitution previously imposed in the amount of $45,999.00 remains due as previously ordered in this matter and shall be payable during incarceration and supervised release. During her incarceration, defendant shall pay 50 percent per month of all funds that are available to her on the restitution owed. During her term in community confinement and during supervised release, payments will be reduced to 10 percent per month of defendant's gross monthly income.

All other terms and conditions that defendant was subject to during her previous term of probation shall remain in full force and effect, along with the above special conditions of supervised release.

Defendant is remanded to the custody of the United States Marshal to immediately begin service of the sentence imposed.

IT IS SO ORDERED this 22nd day of November, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE