# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                  NO. 4:03cr00196-001 SWW

BRIDGET JONES

**ORDER**

    Before the Court is the government's motion for revocation of the conditions of supervised release [doc #261] and a supplemental motion to revoke conditions of supervised release [doc #268] previously granted the above defendant in this matter.

    A hearing is scheduled on **THURSDAY, DECEMBER 4, 2008, at 1:00 P.M.**, Courtroom #1D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

    IT IS THEREFORE ORDERED that the Clerk of Court is directed to issue a summons for **Bridget Jones**, and the United States Marshal is directed to serve the summons in this matter upon defendant.

    IT IS SO ORDERED this 17th day of October 2008.

                                                      /s/Susan Webber Wright
                                                      UNITED STATES DISTRICT JUDGE